In the Matter of FORECLOSURE OF LIENS FOR DELINQUENT LAND TAXES BY ACTION IN REM, COLLECTOR OF REVENUE, CITY OF ST. LOUIS, Missouri, Respondent,

v.

PARCELS OF LAND ENCUMBERED WITH DELINQUENT TAX LIENS, Defendants.

No. ED 104414

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

Filed: February 21, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied April 10, 2017

Application for Transfer Denied June 27, 2017

Kelvin Settle, St. Louis, MO, Appellant Acting Pro Se.

Peter H. Love, St. Louis, MO, for Respondent Geoffrey Ashby.

Tyrone A. Taborn, St. Louis, MO, for Respondent Collector of Revenue.

Joseph V. Neill, St. Louis, MO, for Respondent City of St. Louis Sheriff.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

PER CURIAM.

Kelvin Settle ("Appellant") appeals the motion court's dismissal of his motion to set aside the judgment and sale of property located at 4243 Washington Avenue, St. Louis, Missouri, 63108 (the "Property"). Appellant claims that the court erred in finding the Collector of Revenue's notice was sufficient under the foreclosure laws of Missouri. We find the foreclosure and sale of the Property was governed by the Municipal Land Reutilization Law ("MLRL"), and notice sent by mail to the record owner and lienholders and by publication in the St. Louis Post Dispatch and Daily Record prior to the sale was constitutionally adequate.

No jurisprudential purpose would be served by a written opinion. However, we have provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).